Case 2:22-cv-02617-PA-JEM Document 1-2 Filed 04/19/22 Page 1 of 5 Page ID #:7

Electronically FILED by Superior Court of California, County of Los Angeles on 10/16/2020 12:55 PM Sherri R. Carter, Executive Officer/Clerk of Court, by N. Alvarez, Deputy Clerk
20STCV39837

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Kristin Escalante

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Bob Amirian, Esq. (SBN 250844)<br>California Personal Injury Attorneys, LLP<br>16255 Ventura Blvd., Suite 1008<br>Encino, CA 91436<br><br>TELEPHONE NO: (310) 439-9799   FAX NO. *(Optional):* (800) 439-1765<br>E-MAIL ADDRESS *(Optional):* bob@cpialaw.com<br>ATTORNEY FOR *(Name):* Plaintiff, SHALA BINA | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: SHALA BINA

DEFENDANT: COSTCO WHOLESALE CORPORATION AND

[x] DOES 1 TO 50, INCLUSIVE.

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number):*
Type *(check all that apply):*
[ ] MOTOR VEHICLE   [x] OTHER *(specify):* PREMISES LIABILITY
   [ ] Property Damage   [ ] Wrongful Death
   [x] Personal Injury    [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
      [ ] from limited to unlimited
      [ ] from unlimited to limited

CASE NUMBER:

20STCV39837

1. Plaintiff *(name or names):* SHALA BINA
   alleges causes of action against defendant *(name or names):*
   COSTCO WHOLESALE CORPORATION AND DOES 1 TO 50, INCLUSIVE.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE: Bina v. Costco | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): COSTCO WHOLESALE COR
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 26-50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Bina v. Costco | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 10/13/2020

Bob Amirian, Esq.
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]          **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**          Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: Bina v. Costco | CASE NUMBER: |
|---|---|

| ONE | CAUSE OF ACTION—General Negligence | Page 4 |
|---|---|---|
| (number) | | |

ATTACHMENT TO  [x] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* SHALA BINA

alleges that defendant *(name):* COSTCO WHOLESALE CORPORATION

[x] Does  1  to  50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* October 18, 2018

at *(place):* 13463 Washington Blvd., Marina Del Rey, CA 90292

*(description of reasons for liability):*
At all times mentioned, Defendants, and each of them, were the owners, employees, operators, lessors, lessees, managers, caretakers, repairers, contractors, controllers, and/or maintainers of a premises located at 13463 Washington Blvd., Marina Del Rey, CA 90292 ("Premises"), a Costco Wholesale store to which the general public is invited to enter and traverse. On or about October 18, 2018, Plaintiff SHALA BINA was lawfully on the Premises. At all times mentioned herein, Defendants, and each of them, had sole and exclusive custody and control of the Premises and of activities occurring at the Premises. Defendants, and each of them, owed a duty to Plaintiff to keep the Premises in good and safe condition. Contrary to said duty, Defendants, and each of them, were negligent, careless, and reckless in the ownership, care, control, maintenance, operation, leasing, management, care-taking, repairing, contracting, and subcontracting of the Premises, in that they caused and permitted said Premises to be and remain in a dangerous and unsafe condition in that Defendants, and each of them, caused or permitted an employee to strike Plaintiff's body with several shopping carts causing serious injuries to Plaintiff. In addition, Defendants, and each of them, were negligent, careless, and reckless in that they failed to properly warn of the dangerous condition, keep a lookout and failed to protect the Plaintiff from said dangerous condition. Defendants, and each of them, knew, or should have known in the exercise of reasonable care, that transporting numerous shopping carts on the Premises, which is accessible to the public and the Plaintiff during normal business hours, constituted a dangerous, defective, and unsafe condition, and created a menace to Plaintiff and others lawfully on the Premises. Defendants thereby increasing the risk and severity of injury. By reason of the aforementioned negligence, carelessness, and recklessness of Defendants, and each of them, and as a direct and proximate result thereof, caused Plaintiff to be stuck by numerous shopping carts at a high rate of speed, thereby causing her to sustain personal injuries. Defendants and each of them, and their employees and/or agents were guilty of negligent, wanton, reckless, tortious, and unlawful acts and omissions that were the cause of Plaintiff's injuries and damages herein alleged. By reason of the aforementioned negligence, Plaintiff has sustained personal injuries, incurred medical expenses, future medical expenses, wage loss and pain and suffering.

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
CAUSE OF ACTION—General Negligence
Code of Civil Procedure 425.12
www.courts.ca.gov

PLD-PI-001(4)

| SHORT TITLE: Bina v. Costco | CASE NUMBER: |
|---|---|

TWO _____ **CAUSE OF ACTION—Premises Liability**   Page   5
      (number)

ATTACHMENT TO [x] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. *(name):* SHALA BINA

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* October 18, 2018   plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*
Defendants and each of them, caused and/or permitted an employee to recklessly transport numerous shopping carts at the premises located at 13463 Washington Blvd., Marina Del Rey, CA 90292 ("Premises"), thus constituting a dangerous condition. Plaintiff was struck by said shopping carts which were under the direct control of said employee causing personal injuries. Defendants knew or should have known that recklessly transporting numerous shopping carts in an area open to the public is dangerous and could cause serious injuries if they collided with an individual on the Premises.

Prem.L-2. [x] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
COSTCO WHOLESALE CORPORATION

[x] Does 1 to 50

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does _____ to _____

Plaintiff, a recreational user, was [ ] an invited guest   [ ] a paying guest.

Prem.L-4. [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*
COSTCO WHOLESALE CORPORATION

[ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
COSTCO WHOLESALE CORPORATION

[ ] Does _____ to _____

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California PLD-
PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courts.ca.gov